JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS RICHARD SILAS,<br><br>        Petitioner,<br><br>  v.<br><br>JOSIE GASTELO, et al.,<br><br>        Respondents. | Case No. CV 18-8367 VAP (SS)<br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 5, 2019

                                          VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT JUDGE